# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

           Plaintiff,

    v.

David Lee Anderson,

           Defendant.

Criminal No. 04-221 (RHK/RLE)
Civil No. 07-2513 (RHK)

**ORDER**

---

The above-entitled matter is before the undersigned United States District Judge pursuant to the United States' Motion (Doc. No. 83) for an enlargement of time.

**WHEREFORE IT IS ORDERED**, that the United States shall have until September 18, 2008, in which to file its response to the Court Order dated July 31, 2008 (Doc. No. 82).

Dated: August 8, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge