## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

                        Plaintiff,

                                          Crim. No. 04-221 (RHK)
                                          Civ. No. 07-2513 (RHK)
                                          **ORDER**

v.

David Lee Anderson,

                        Defendant.

      This matter is before the Court *sua sponte*. David Lee Anderson has filed a Motion under 28 U.S.C. § 2255 seeking to vacate his conviction and sentence for being a felon in possession of a firearm. By Order dated July 31, 2008 (Doc. No. 82), the Court ordered the Government to serve and file a memorandum addressing one of Anderson's claims on or before August 18, 2008; the Order also permitted Anderson to serve and file a response to the Government's memorandum on or before September 3, 2008. The Government later moved for an extension of time until September 18, 2008, to submit its memorandum, which the Court granted. (See Doc. No. 84.) Based on the foregoing, **IT IS ORDERED** that Anderson shall serve and file a response to the Government's memorandum, if any, limited to the issues raised in the Government's memorandum, on or before September 19, 2008.

Dated: August 19, 2008                                        s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge