# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

                Plaintiff,

                              Crim. No. 04-221 (RHK)
                              Civ. No. 07-2513 (RHK)
                              **ORDER**

v.

David Lee Anderson,

                Defendant.

---

Petitioner David Lee Anderson has filed a Motion under 28 U.S.C. § 2255 seeking to vacate his conviction and sentence for being a felon in possession of a firearm. By Order dated July 31, 2008 (Doc. No. 82), the Court ordered the Government to serve and file a memorandum addressing one of Anderson's claims on or before August 18, 2008; the Order also permitted Anderson to serve and file a response to the Government's memorandum on or before September 3, 2008. The Government later moved for an extension of time until September 18, 2008, to submit its memorandum, which the Court granted (see Doc. No. 84), and Anderson moved for an extension of time until October 18, 2008 to submit his response, which the Court also granted (see Doc. No. 92).

The Government has now requested an additional eight days (until September 26, 2008) to submit its memorandum. Based on the foregoing, **IT IS ORDERED** as follows:

1.     The Government's Motion for Extension of Time (Doc. No. 93) is **GRANTED** and the Government shall have until September 26, 2008, to serve and file

its memorandum in accordance with the Court's July 31, 2008 Order; and

    2.    Anderson shall serve and file a response to the Government's memorandum, if any, limited to the issues raised in the Government's memorandum, on or before October 27, 2008.

Dated: September 16, 2008                      s/Richard H. Kyle
                                                                                   RICHARD H. KYLE
                                                                                   United States District Judge