# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 04-221 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| David Lee Anderson, | |
| Defendant. | |

Before the Court are Defendant's Motions for recalculating his criminal history (Doc. No. 106) and for resentencing (Doc. No. 107); the Motions seek application of Amendment 709 and the recalculation of his criminal history.

Because Defendant was sentenced as an armed career criminal pursuant to 18 U.S.C. § 924(e), he is not entitled to any relief under Guidelines Amendment 709.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that (a) the pro se Motion Pursuant to 18 U.S.C. § 3582(c)(2) to Recalculate the Petitioner's Criminal History Based on Amendment 709 of the USSG (Doc. No. 106) and (b) the pro se Motion for Resentencing (Doc. No. 107) are both **DENIED.**

Dated: June 2, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge